# IN THE SUPREME COURT OF THE STATE OF NEVADA

RYAN ULYSSES GOUDIE,
Appellant,
vs.
JENNIFER MARGARET PACKARD-KEANE,
Respondent.

No. 73672

**FILED**

SEP 0 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order holding appellant in contempt and imposing sanctions and attorney fees as a component of the contempt. Eighth Judicial District Court, Family Court Division, Clark County; Lisa M. Brown, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Appellant challenges an order entered after an evidentiary hearing on an order to show cause holding him in contempt for disregard of the stipulated divorce decree and imposing attorney fees in an amount to be determined. No statute or court rule provides for an appeal from an order that solely concerns contempt. *See Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 671 (2000) (recognizing that a contempt order entered in an ancillary proceeding is not appealable); *compare Vaile v. Vaile*, 133 Nev., Adv. Op. No. 30, 396 P.3d 791, 794 (2017); *and Lewis v. Lewis*, 132 Nev., Op. No. 46, 373 P.3d 878, 881

17-29575

(2016) (considering challenges to contempt findings and sanctions in an order that modified child custody). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, C.J.
Cherry

_____, J.
Hardesty

_____, J.
Stiglich

cc:   Hon. Lisa M. Brown, District Judge, Family Court Division
Ryan Ulysses Goudie
Walsh & Friedman, Ltd.
Eighth District Court Clerk